UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 27  P 4: 47

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| W.E. ANDREWS CO., INC.<br>a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLASTIC DEVELOPMENT, INC.<br>a Rhode Island Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 302-CV-00599 (CFD)<br>)<br>)<br>)<br>)<br>)<br>) OCTOBER 27, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby moves for an enlargement of time for an additional sixty (60) days for the Joint Trial Memorandum and Trial Readiness dates stated in the Second Revised Form 26(F) Report filed with this Court.

In support hereof, PDI hereby represents the following:

1. As a result of the discovery which has been conducted to date, PDI has determined that there exists the need to depose additional fact witnesses who reside out of state.

2. During the last several weeks PDI has attempted to obtain the voluntary cooperation of these out of state fact witnesses. Unfortunately, it appears that voluntary cooperation may not be obtained.

3. Lead counsel for the plaintiff, Attorney Jeffrey L. Widman, has no objection to the granting of this motion.

4. While other motions for enlargement have been filed with respect to the Form 26(F)

Report, this the first motion for enlargement which would extend the Joint Trial Memorandum and Trial Readiness dates.

                                        DEFENDANT
                                        PLASTIC DEVELOPMENT, INC.

                                        _____
                                        Neil F. Murphy, Jr.
                                        Murphy, Laudati & Kiel, P.C.
                                        270 Farmington Avenue, Ste. 360
                                        Farmington, CT 06032
                                        Tel. (860) 674-8296
                                         Federal Bar No. ct08381

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 27, 2003, to all counsel of record, as set forth below:

William S. Fish, Jr., Esq.
Attorney Elizabeth K. Andrews
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, L.L.P.
P.O. Box 1936
205 Church Street
New Haven, CT 06509

Jeffrey L. Widman, Esq.
Shaw Gussis Fishman Glantz & Wolfson, L.L.C.
1144 W. Fulton, Suite 200
Chicago, IL 60607

_____
Neil F. Murphy, Jr., Esq., ct08281