UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W.E. ANDREWS CO., INC.            )
a Georgia Corporation,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )   CIVIL ACTION NO: 302-CV-00599 (CFD)
                                  )
PLASTIC DEVELOPMENT, INC.         )
a Rhode Island Corporation,       )
                                  )
        Defendant.                )
                                  )   OCTOBER 27, 2003

**GRANTED. It is so ordered**
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/5/03

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby moves for an enlargement of time of an additional sixty (60) days for the Joint Trial Memorandum and Trial Readiness dates stated in the Second Revised Form 26(F) Report filed with this Court.

In support hereof, PDI hereby represents the following:

1. As a result of the discovery which has been conducted to date, PDI has determined that there exists the need to depose additional fact witnesses who reside out of state.

2. During the last several weeks PDI has attempted to obtain the voluntary cooperation of these out of state fact witnesses. Unfortunately, it appears that voluntary cooperation may not be obtained.

3. Lead counsel for the plaintiff, Attorney Jeffrey L. Widman, has no objection to the granting of this motion.

4. While other motions for enlargement have been filed with respect to the Form 26(F)