CT/cvmhrg (October 17, 2001)

HONORABLE _Droney_

DEPUTY CLERK _Deio_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: ___ hours ___ minutes

DATE _3-1-04_    START TIME _2:00_    END TIME _3:00_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_WE Andrews_

CIVIL NO. _02CV599 CFD_

§
§    _widman_
vs.    §    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Plastics Dev._    §    _Murphy_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing      ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing      ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg,) Miscelaneous Hearing

**MOTION DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☒ ... 37 | Motion _for Summary Judgment_ | ☐ granted | ☐ denied | ☒ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ........ | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ | Response due _____ | | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | Hearing continued until _____ at _____ | | | |