UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -2 P 1:04
U.S. DISTRICT COURT
HARTFORD, CT.

W. E. ANDREWS CO., INC.
    Plaintiff,

v.

PLASTIC DEVELOPMENT, INC.
    Defendant.

Civil Action No.
3:02 CV 599 (CFD)

### RULING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pending is the plaintiff W. E. Andrew Co.'s ("Andrews") motion for partial summary judgment on its complaint and summary judgment on the defendant Plastic Development's ("Plastic") counterclaim [Doc. # 37]. For the following reasons, the motion is DENIED.

The Court finds that there are genuine issues of material fact including the following: 1) whether the press sheet strips were defective when Plastic received them from Andrews, 2) whether such defects should have been discovered upon inspection, 3) whether the laminating process undertaken by Plastic damaged the press sheet strips, and whether that process "substantially altered" the press sheets, 4) whether the press sheet strips were damaged in transit from Plastic to the U.S. Mint, and 5) whether and when Plastic put Andrews on notice that it was revoking acceptance of the press sheet strips because it believed Andrews was responsible for their defects. These factual disputes preclude summary judgment on both the complaint and on Plastic's counterclaim.

SO ORDERED this 2nd day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE