UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -1  P 4: 35

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| W.E. ANDREWS CO., INC. <br> a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC DEVELOPMENT, INC. <br> a Rhode Island Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: 302-CV-00599 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) MARCH 1, 2004 <br> ) |

**AMENDMENT TO**
**DEFENDANT'S LOCAL RULE 56(a)2 STATEMENT**

Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), by its attorneys, hereby respectfully requests to amend its Local Rule 56(a) 2 Statement in accordance with the following:

1. The Defendant PDI denies paragraph 19.

DEFENDANT
PLASTIC DEVELOPMENT, INC.

By _____
Neil F. Murphy, Jr., Esq.
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue
The Exchange-Suite 360
Farmington, CT 06032
(860) 674-8296
Federal Bar No. ct08381

## CERTIFICATION

     I hereby certify that a copy of the foregoing was hand-delivered and mailed via regular mail on March 1, 2004, to all counsel of record, as set forth below:

William S. Fish, Jr., Esq.
Attorney Elizabeth K. Andrews
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, L.L.P.
P.O. Box 1936
205 Church Street
New Haven, CT 06509

Jeffrey L. Widman, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C.
321 N. Clark Street, Ste. 800
Chicago, IL 60610

_____
Neil F. Murphy, Jr., Esq., ct08381