UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -9 P 2: 47

U.S. DISTRICT COURT
HARTFORD CT.

| | | |
|---|---|---|
| W.E. ANDREWS CO., INC. a Georgia Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: 302-CV-00599 (CFD) |
| PLASTIC DEVELOPMENT, INC. a Rhode Island Corporation, | ) ) ) | |
| Defendant. | ) ) | MARCH 9, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Plaintiff, W.E. ANDREWS CO., INC., ("ANDREWS") and the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby move this Court for an enlargement of time for an additional thirty (30) days to and including April 9, 2004, for the Joint Trial Memorandum and Trial Readiness dates of the Second Revised Form 26(F) Report, and, in support thereof, represent as follows:

1. The Plaintiff filed a Motion for Summary Judgment on August 8, 2003, in which it sought a partial summary judgment on its complaint and summary judgment on the entirety of the Defendant's counterclaim.

2. Until a ruling was obtained on said Motion, the parties agreed that it was counter productive to address, with specificity, the requirements of a Joint Trial Memorandum.

3. Said Motion for Summary Judgment was ruled upon by this Court on March 1, 2004.

4. This is the second motion for enlargement related to the Joint Trial Memorandum and Trial Readiness dates.

WHEREFORE, the parties in the above entitled action respectfully request that this Court grant this extension in which to file the Joint Trial Memorandum and Trial Readiness dates to and including April 9, 2004.

PLAINTIFF
W.E. ANDREWS CO., INC.

_____
James R. Byrne, ct14632
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace – 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Facsimile: (860) 278-3802
byrne@tylercooper.com

DEFENDANT
PLASTIC DEVELOPMENT, INC.

_____
Neil F. Murphy, Jr., ct08381
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue, Ste. 360
Farmington, CT 06032
Telephone: (860) 674-8296
Facsimile: (860) 674-0850
nmurphy.mlk@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, this 9th day of March, 2004, to the following counsel of record, pro se parties of record and/or individuals:

Jeffrey L. Widman, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C.
321 N. Clark Street, Ste. 800
Chicago, IL 60610

Neil F. Murphy, Jr., Esq.
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue, Ste. 360
Farmington, CT 06032

James R. Byrne