UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -9 P 2: 47

U.S. DISTRICT COURT
HARTFORD, CT.

W.E. ANDREWS CO., INC. )
a Georgia Corporation, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO: 302-CV-00599 (CFD)
) RKW
PLASTIC DEVELOPMENT, INC. )
a Rhode Island Corporation, )
)
Defendant. )
) MARCH 9, 2004

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Plaintiff, W.E. ANDREWS CO., INC., ("ANDREWS") and the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby move this Court for an enlargement of time for an additional thirty (30) days to and including April 9, 2004, for the Joint Trial Memorandum and Trial Readiness dates of the Second Revised Form 26(F) Report, and, in support thereof, represent as follows:

1. The Plaintiff filed a Motion for Summary Judgment on August 8, 2003, in which it sought a partial summary judgment on its complaint and summary judgment on the entirety of the Defendant's counterclaim.

2. Until a ruling was obtained on said Motion, the parties agreed that it was counter productive to address, with specificity, the requirements of a Joint Trial Memorandum.

3. Said Motion for Summary Judgment was ruled upon by this Court on March 1, 2004.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford CT 3/16/04

FILED 2004 MAR 16 P 4:51 US DISTRICT COURT