UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.E. ANDREWS CO., INC.<br>a Georgia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC DEVELOPMENT, INC.<br>a Rhode Island Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 302-CV-00599 (CFD)<br>)<br>)<br>)<br>)<br>)<br>) APRIL 8, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby moves this Court for an enlargement of time to and including April 19, 2004, for the Joint Trial Memorandum, and, in support thereof, represents as follows:

1.    On March 9, 2004, the parties filed a Joint Motion for Enlargement of Time in which they sought until April 9, 2004, to file the Joint Trial Memorandum.

2.    Independently, on March 9, 2004, this Court ordered that the Joint Trial Memorandum be filed by April 19, 2004.

3.    Since March 9, 2004, counsel have been preparing the Joint Trial Memorandum and on April 8, 2004, when the parties appeared before this Court for a Trial Call and indicated that it was their understanding that the Joint Trial Memorandum was due on April 19, 2004, this Court instructed counsel to file a motion for extension of time.

4. Counsel for Andrews joins counsel for PDI in requesting that this motion be granted.

5. This is the third motion for enlargement related to the Joint Trial Memorandum.

WHEREFORE, the defendant in the above entitled action respectfully request that this Court grant this extension in which to file the Joint Trial Memorandum to and including April 19, 2004.

DEFENDANT
PLASTIC DEVELOPMENT, INC.

_____
Neil F. Murphy, Jr., ct08381
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue, Ste. 360
Farmington, CT 06032
Telephone: (860) 674-8296
Facsimile: (860) 674-0850
nmurphy.mlk@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, this 8th day of April, 2002, to the following counsel of record, pro se parties of record:

William S. Fish, Jr., Esq.
Attorney Elizabeth K. Andrews
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, L.L.P.
P.O. Box 1936
205 Church Street
New Haven, CT 06509

James R. Byrne, Esq,
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace – 35th Floor
Hartford, CT 06103-3488

Jeffrey L. Widman, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C.
321 N. Clark Street, Ste. 800
Chicago, IL 60610

_____
Neil F. Murphy, Jr., Esq., ct08381