02cv599miw

HONORABLE _Droney_  (CT evjyset (12-198))
DEPUTY CLERK _Dew_    RPTR/ERO/TYPE _Marshall_

TOTAL TIME: ___ hours _5_ minutes

DATE _4-8-04_   START TIME _9:40_   END TIME _9:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_WE Andrews_

CIVIL NO. _02 cv 599 CFD_

§
§                                          _Andrews_
§                                          Plaintiff's Counsel
vs.                    § [ ] SEE ATTACHED CALENDAR FOR COUNSEL
§                                          _Murphy_
_Plastics Dev._        §                   Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

[X] ......  [X] (call./h) Call of the Calendar held  [ ] (call./set) Call of the Calendar over to _____
[ ] ......  [ ] (jyselect./h) Jury Selection held  [ ] Jury Selection continued until _____
[ ] ...#__  Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...#__  Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...#__  Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...#__  Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ......  _____  [ ] filed [ ] docketed
[ ] ......  _____  [ ] filed [ ] docketed
[ ] ......  _____  [ ] filed [ ] docketed
[ ] ......  _____  [ ] filed [ ] docketed
[ ] ......  _____ jurors present to roll call (See attached)
[ ] ......  _____ jurors absent
[ ] ......  Voir Dire oath administered by Clerk [ ] previously administered by Clerk
[ ] ......  Voir Dire by Court
[ ] ......  _____ jurors excused (See attached)
[ ] ......  Panel of _____ drawn (See attached)
[ ] ......  Peremptory challenges exercised (See attached)
[ ] ......  Jury of _____ drawn (See attached) [ ] and sworn [ ] Jury Trial commences
[ ] ......  Remaining jurors excused
[ ] ......  Discovery deadline set for _____
[ ] ......  Disposition Motions due _____
[ ] ......  Joint trial memorandum due _____
[ ] ......  Trial continued until _____ at _____

[ ] COPY TO: JURY CLERK