UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.E. ANDREWS CO., INC.<br>a Georgia Corporation,         ) <br> ) <br>Plaintiff,                                ) <br> ) <br>v.                                       ) <br> ) <br>PLASTIC DEVELOPMENT, INC. ) <br>a Rhode Island Corporation,     ) <br> ) <br>Defendant.                 ) <br> ) | CIVIL ACTION NO: 302-CV-00599 (CFD)<br><br><br><br>APRIL 8, 2004 |

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 4/14/04*

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby moves this Court for an enlargement of time to and including April 19, 2004, for the Joint Trial Memorandum, and, in support thereof, represents as follows:

1. On March 9, 2004, the parties filed a Joint Motion for Enlargement of Time in which they sought until April 9, 2004, to file the Joint Trial Memorandum.

2. Independently, on March 9, 2004, this Court ordered that the Joint Trial Memorandum be filed by April 19, 2004.

3. Since March 9, 2004, counsel have been preparing the Joint Trial Memorandum and on April 8, 2004, when the parties appeared before this Court for a Trial Call and indicated that it was their understanding that the Joint Trial Memorandum was due on April 19, 2004, this Court instructed counsel to file a motion for extension of time.