UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

APRIL 28, 2004

2:30 P.M.

*held
2:30 - 3:00
30 mins*

**PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635**

CASE NO. **3-01-cv-599 (CFD)**   **W E ANDREWS v PLASTICS DEV. CORP.**

Elizabeth K. Andrews
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

James R. Byrne
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

William S. Fish Jr.
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

John L. Laudati
Murphy, Laudati & Kiel, P.C.
The Exchange, 270 Farmington Ave.
Suite 360
Farmington, CT 06032

Neil F. Murphy Jr.
Murphy, Laudati & Kiel, P.C.
The Exchange, 270 Farmington Ave.
Suite 360
Farmington, CT 06032

Margaret Fogerty Rattigan
Murphy, Laudati & Kiel, P.C.
The Exchange, 270 Farmington Ave.
Suite 360
Farmington, CT 06032

Matthew A. Sokol
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

Jeffrey L. Widman
Shaw Gussis Fishman Glantz Wolfson & Tow
321 Clark St., Suite 800
Chicago, IL 60610

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK