UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 21  P 3: 24

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| W.E. ANDREWS CO., INC.<br>a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLASTIC DEVELOPMENT, INC.<br>a Rhode Island Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 302-CV-00599 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>) May 21, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Plaintiff, W.E. ANDREWS CO., INC., ("ANDREWS") and the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby move this Court for an enlargement of time to June 7, 2004, to file a Supplement to the Joint Trial Memorandum, and, in support thereof, represent as follows:

1. On April 28, 2004, during a conference call, this Court granted counsels' request to file a supplement to their Joint Trial Memorandum by May 26, 2004.

2. After extensive discussions, the parties have agreed to simplify the case by effectively eliminating several factual issues on the complaint and thereby eliminating several legal issues, including those relative to revocation of acceptance.

3. This simplification will result in many changes to sections of the Joint Trial Memorandum including stipulation of facts, jury instructions, and verdict forms and will probably require amendments to pleadings.

4. Counsel represent that in all probability, they cannot adequately effect the changes by May 26, 2004.

5. Since the conference call, a date of September 15, 2004 has been set for trial and the granting of this request will not effect the trial date.

6. Given the fact that Attorney Jeffrey L. Widman, lead counsel for the plaintiff is out of the country as of the date of the filing of this motion, the undersigned lead counsel for the defendant will be signing this motion.

WHEREFORE, the parties in the above entitled action respectfully request that this Court enlarge the date in order to file the Supplement to the Joint Trial Memorandum through June 7, 2004.

DEFENDANT
PLASTIC DEVELOPMENT, INC.

_____
Neil F. Murphy, Jr., ct08381
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue, Ste. 360
Farmington, CT 06032
Telephone: (860) 674-8296
Facsimile: (860) 674-0850
nmurphy.mlk@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via regular mail on May 21, 2004, to all counsel of record, as set forth below:

William S. Fish, Jr., Esq.
Attorney Elizabeth K. Andrews
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, L.L.P.
P.O. Box 1936
205 Church Street
New Haven, CT 06509

James R. Byrne, Esq.
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace – 35th Floor
Hartford, CT 06103-3488

Jeffrey L. Widman, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C.
321 N. Clark Street, Ste. 800
Chicago, IL 60610

_____
Neil F. Murphy, Jr., Esq., ct08381