UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 21 P 3: 24
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| W.E. ANDREWS CO., INC. <br> a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC DEVELOPMENT, INC. <br> a Rhode Island Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: 302-CV-00599 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) May 21, 2004 |

### JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 9(b), the Plaintiff, W.E. ANDREWS CO., INC., ("ANDREWS") and the Defendant, PLASTIC DEVELOPMENT, INC. ("PDI"), hereby move this Court for an enlargement of time to June 7, 2004, to file a Supplement to the Joint Trial Memorandum, and, in support thereof, represent as follows:

1. On April 28, 2004, during a conference call, this Court granted counsels' request to file a supplement to their Joint Trial Memorandum by May 26, 2004.

2. After extensive discussions, the parties have agreed to simplify the case by effectively eliminating several factual issues on the complaint and thereby eliminating several legal issues, including those relative to revocation of acceptance.

3. This simplification will result in many changes to sections of the Joint Trial Memorandum including stipulation of facts, jury instructions, and verdict forms and will probably require amendments to pleadings.