cvmhrg (October 17, 2001)

HONORABLE _Droney_

DEPUTY CLERK _Deno_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: **3** hours ___ minutes

DATE **9-1-04**    START TIME **10:10**    END TIME **1:10**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

WE Andrews

CIVIL NO. **02CV599 CFD**

§
§    _Widman_
§    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

vs.

Plastic Dev.

§
§    _Murphy_
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☒ # 71    Motion _in Limine_    ☐ granted ☐ denied ☒ advisement
☒ # 72    Motion _"_    ☐ granted ☐ denied ☒ advisement
☒ # 73    Motion _"_    ☐ granted ☐ denied ☒ advisement
☒ # 74    Motion _"_    ☐ granted ☐ denied ☒ advisement
☒ # 75    Motion _"_    ☐ granted ☐ denied ☒ advisement
☒ # 76    Motion _"_    ☐ granted ☐ denied ☐ advisement
☐ # ___    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ......    ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____ Hearing continued until _____ at _____