IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.E. ANDREWS CO., INC.<br>a Georgia corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 302-CV-00599 (CFD)<br>) |
| PLASTIC DEVELOPMENT, INC.<br>a Rhode Island corporation, | )<br>)<br>) |
| Defendant. | ) |

## AMENDED COMPLAINT

Plaintiff, W.E. ANDREWS CO., INC. ("Andrews"), by its attorneys, complains of the defendant, PLASTIC DEVELOPMENT, INC. ("PDI") as follows:

### PARTIES

1. At all times relevant, Andrews was and is a Georgia corporation, with its principal place of business in Connecticut.

2. Andrews is engaged in the business of providing print management services to major corporations in the areas of commercial print, business forms, labels and direct response.

3. At all times relevant, PDI was and is a Rhode Island corporation doing business in Connecticut.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because of the diversity of citizenship between Andrews and PDI and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. This Court has personal jurisdiction over PDI because PDI regularly conducts business in this judicial district.

A0072742.WPD

6. Venue lies in this judicial district pursuant to 28 U.S.C. §§ 1391(a) and (c).

## COUNT I - BREACH OF CONTRACT

7. On or about December 17, 1999, at PDI's request, Andrews sent quotation #615615 (the "Quotation") to PDI, in which Andrews provided PDI with pricing for the printing and delivery of press proofs ("Press Proofs") and press sheet strips (the "Press Sheets") to be die cut and assembled by PDI into displays for coin sets for the United States Mint. A copy of the Quotation is attached as Exhibit 'A.'

8. PDI accepted Andrews's Quotation in writing on May 23, 2000 by issuing purchase order 36572 (attached as Exhibit 'B'), signed by PDI, thus forming a contract (the "Contract") between PDI and Andrews. Pursuant to the Contract, PDI ordered 50,000 Press Sheets of "State Quarters" for a total of 900,000 inserts and 61,000 Press Sheets of "Proof Set" for a total of 1,098,000 inserts. Under the Contract, PDI agreed to pay Andrews $119,820.82 plus the cost of the Press Proofs in consideration for Andrews's printing and delivery of the foregoing Press Sheets and Press Proofs.

9. On various dates between December, 1999 and June, 2000, Andrews printed and shipped to PDI various Press Proofs, which PDI accepted and for which it agreed to pay.

10. On various dates in June, July and August, 2000, Andrews shipped to PDI the Press Sheets that PDI ordered pursuant to the Contract.

11. On or about June 19, 2000; June 22, 2000; June 26, 2000; June 29, 2000, June 30, 2000; July 24, 2000; and August 15, 2000, PDI accepted delivery of the Press Sheets. Shortly after each delivery, PDI used the Press Sheets in its production of the coin set displays for the United States Mint by die-cutting the Press Sheets and then gluing the die-cut Press Sheets to a

piece of foam board. PDI then shipped the fully assembled coin set displays to the United States Mint.

12. On July 29, 2000, Andrews sent PDI an invoice for $121,011.93 for the printing of the Press Sheets and freight charges.

13. On July 31, 2000, Andrews sent PDI an invoice for $10,016.53 for the Press Proofs, a change order charge, and freight charges. Copies of the two unpaid invoices are attached as Group Exhibit 'C.'

14. Despite its acceptance of the Press Proofs and Press Sheets and its receipt of Andrews's invoices for its performance under the contract, PDI has breached the Contract by failing and refusing to pay Andrews the amount due under the Contract for the purchase and sale of the Press Sheets, the Press Proofs and the change order charge.

15. As a result of PDI's refusal to pay for the Press Sheets, the Press Proofs and the change order charge, Andrews has been damaged in the amount of $127,537.28 together with interest thereon at the rate of 10% per annum pursuant to Connecticut General Statutes, §37-3a.

WHEREFORE, plaintiff, W.E. ANDREWS CO., INC., demands judgment in its favor and against the defendant, PLASTIC DEVELOPMENT, INC., in the amount of $127,537.28 together with interest thereon at the rate of 10% per annum, and costs.

## COUNT II - GOODS SOLD AND DELIVERED

1-8. Andrews repeats and realleges Paragraphs 1 through 8 of Count I as and for Paragraphs 1 through 8 of this Count II.

9. On various dates in June and July, 2000, and pursuant to PDI's request, Andrews shipped to PDI the Press Sheets, which, along with the Press Proofs, had a value of $127,537.28.

10. There remains an unpaid net principal balance of $127,537.28 due and owing to Andrews on its invoices for merchandise sold and delivered to PDI.

11. Andrews has made repeated demands that PDI immediately pay the amount due and owing for goods sold and delivered to PDI.

12. To date, PDI has failed to pay Andrews the amounts due and owing for goods sold and delivered, and as a result thereof, Andrews has been damaged in the amount of $127,537.28 plus interest accruing at the rate of 10% per annum pursuant to Connecticut General Statutes, §37-3a.

WHEREFORE, plaintiff, W.E. ANDREWS CO., INC. demands judgment in its favor and against the defendant, PLASTIC DEVELOPMENT, INC., in the amount of $127,537.28 together with interest thereon at the rate of 10% per annum and costs.

W.E. ANDREWS CO., INC.

By: _____
One of Its attorneys

Jeffrey L. Widman (Federal Bar No. ct24236)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St.
Suite 800
Chicago, IL 60610
(312) 541-0151

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of September 2004, to the following counsel of record, pro se parties of record, and/or individuals:

Neil F. Murphy, Jr.
Murphy, Laudati & Kiel, P.C.
The Exchange
270 Farmington Avenue, Suite 360
Farmington, CT 06032

Jeffrey L. Widman
Shaw, Gussis, Fishman, Glantz, Wolfson & Tobin LLC
321 North Clark St., Suite 800
Chicago, IL 60610

William S. Fish, Jr.
Elizabeth K. Andrews
Matthew Sokol
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06509
(By electronic interoffice mail)

James R. Byrne

 **Andrews**
*The Customer-Driven Graphic Arts Company*

Date: 12/17/99  3:44 PM

**Quotation**

Plastic Development, Inc
21 Sabin Street
Pawtucket, RI 02860
Attn: Norm Thibaudeau

Quote #   615615
Issue #   26886
Sales Rep   House

We are pleased to submit the following quotation for your consideration:

**Job Desc.**   US Mint State Coin Proof Sets Litho

**Size Information**
Final Size           Strip Size           Pages
3.3125 x 5.5         19.875 x 5.5         4 Different Fronts and Backs

**Paper & Materials**
10mil Corona-Treated White Styrene Matte / Gloss

**Press & Ink**
Fronts: Black + 1 PMS + Satin AQ
Backs: 2 Hits PMS + Satin AQ

**Press & Proofing Information**
Output Film, Pre-Flight, Trap
Strip Output Film
Dylux, Color Proof

**Bindery & Shipping:**
Trim to 6 Up Strips
Skid Pack

**Additional Information:**
FOB: Pawtucket RI.

| Per Year Quantity (s) | 5 Times 2000000 | 4 Times 2500000 | 2 Times 5000000 | 1 Time 10000000 |
|---|---|---|---|---|
| Quoted Price | $59,910.41 | $69,772.43 | $124,416.11 | $228,502.15 |
| Press Proof Price | $3,102.24 | $3,102.24 | $3,102.24 | $3,102.24 |

Accepted by: _____   Date: _____   _____

Thank you

W. E. Andrews Co., Inc. 206 Murphy Road, Hartford, CT 06114 • Phone (860) 527-5570 • Fax (860) 527-0159

a WALLACE company


EXHIBIT A

# PURCHASE ORDER

## PLASTIC DEVELOPMENT, INC.
### VINYL PACKAGING DIVISION
21 SABIN STREET
PAWTUCKET, RHODE ISLAND 02860
(401) 728-0010   (800) 556-7252   FAX (401) 725-4750

TO:   W. E. ANDREWS
      151 RED STONE ROAD
      MANCHESTER, CT  06040

DATE: May 23, 2000

**RED INSERTS**              PURCHASE ORDER NO. **36572**

**STOCK:** .01 High impact styrene, as per samples

**PRINT:** Two colors one side with varnish coating, four different images (two front and two back images). Press sheet to contain 36 images, or 18 sets, (two complimentary images per set). Colors as approved

**FINISH:** Die cut into 6 up strips each 5.5 wide X 19.875 long inches. Tolerance on length and width of strip, +/- .010, for image location to strip, +/- .010

Finished strips to be warranted against all defects. Individual inserts found to be defective after final inspection to be replaced free of charge.

Defects include but not limited to scratches, hickeys, color variations outside of approved LSD standard, out of registration print, off-setting within field of insert, and shadowing. Defects that fall within the cutout holes will be acceptable.

**QUANTITY:** 50,000 press sheets of "State Quarters" (900,000 inserts)  *450,000*
             61,000 press sheets of "Proof Set" (1,098,000 inserts)

**DELIVERY:** To be determined

**PRICE:** $119,820.82  ref. quotation # 615615

*Plastic Development, Inc*
*Alfred Elkin, Pres.*

EXHIBIT B

# INVOICE

## Andrews
*The Customer-Driven Graphic Arts Company*

W.E. Andrews Co. Inc. of Connecticut   860 649 5570 tel
151 Red Stone Road                     860 649 7500 fax
Manchester, Connecticut 06040

a WALLACE company

DATE    07/29/00

INVOICE #   13373

CUSTOMER'S PO #

OUR JOB #   29044

              4704

PLASTIC DEVELOPMENT INC.        1   SALES REP   House
ATTN: ACCOUNTS PAYABLE              SAME
21 SABIN STREET
PAWTUCKET          RI 02860

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4000000 | RED MINT INSERTS 100M STATE QTR / 122M PROOF SET | | 119820.00 |
| | FREIGHT  1700000 | | 1191.93 |
| | Total Due | | 121011.93 |

EXHIBIT
C

The customer agrees to pay a finance charge of 1 ½% per month on amounts not paid within terms. If the printer seeks the help of a collection agency or legal assistance to collect any amounts due, the Customer agrees to pay all costs of collection, including reasonable attorneys fees.

**INVOICE**



# Andrews
*The Customer-Driven Graphic Arts Company*

W. E. Andrews Co. Inc. of Connecticut   860 649 5570 tel
151 Red Stone Road                      860 649 7800 fax
Manchester, Connecticut 06040

a WALLACE company

DATE         07/31/00
INVOICE #    13412
CUSTOMER'S PO #
OUR JOB #    27575
SALES REP    House

4704

PLASTIC DEVELOPMENT INC.
ATTN; ACCOUNTS PAYABLE           SAME
21 SABIN STREET
PAWTUCKET        RI 02860

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | MINT PRESS PROOFS (2 FRONTS/2 BACKS) 1 BLUE 1 RED | | 6204.28 |
| 1 | CHANGE OF SPEC SUMMARY | | 2053.00 |
|   | FREIGHT | | 1759.25 |
|   | Total Due | | 10016.53 |

The customer agrees to pay a finance charge of 1 ½% per month on amounts not paid within terms. If the printer seeks the help of a collection agency or legal assistance to collect any amounts due, the Customer agrees to pay all costs of collection, including reasonable attorney's fees.