UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.E. ANDREWS CO., INC., <br> a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC DEVELOPMENT, INC., <br> a Rhode Island Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 302-CV-00599 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

To: **VIA FACSIMILE (860) 674-0850** Neal F. Murphy, Jr., Murphy, Laudati & Kiel, 270 Farmington Avenue, #360, Farmington, CT 06032

PLEASE TAKE NOTICE that on March 4, 2005 at 10:00 a.m., the undersigned shall appear in the courtroom occupied by the Honorable Judge Christopher Droney, at 450 Main Street, Hartford, Connecticut 06103, and then and there present a **MOTION FOR BIFURCATED TRIAL**, at which time you may appear if you deem fit.

A true and correct copy of the Motion is attached hereto and herewith served upon you, via facsimile and U.S. mail.

William S. Fish, Jr. ct05349
Elizabeth K. Andrews, ct20986
Tyler, Cooper & Alcorn, LLP
PO Box 1936 - 205 Church Street
New Haven, CT 06509

A0084574.WPD

## CERTIFICATE OF SERVICE

    Elizabeth K. Andrews, an attorney, certifies that she served a true and correct copy of the foregoing by facsimile and regular mail on this 24th day of February, 2005.

A0084574.WPD