UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| W.E. ANDREWS CO., INC., <br> a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC DEVELOPMENT, INC., <br> a Rhode Island Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 302-CV-00599 (CFD) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR BIFURCATED TRIAL**

Plaintiff, W.E. Andrews Co., Inc., pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, moves this Court for entry of an Order bifurcating this matter into separate trials on the issues of liability and damages. In support of its Motion, Plaintiff respectfully states as follows:

1. On May 29, 2003, Plastic Development Inc. ("PDI") disclosed Theresa Renner as an expert witness and produced her report in which she opined on PDI's purported damages.

2. On June 26, 2003, plaintiff deposed Renner.

3. Discovery in this matter closed on July 5, 2003.

4. This matter was originally set for trial on September 15, 2004.

5. On September 1, 2004, this Court continued the trial date.

6. On that date, the Court also heard oral argument on the parties' motions *in limine*.

7. Prior to that hearing, Andrews had filed a motion to bar Theresa Renner's opinions well as a motion to bar evidence of future lost profits.

8. Immediately prior to the hearing, PDI advised Andrews that it would supplement Renner's opinions with a revised expert report containing different lost profits calculations. Based

A0063606.WPD

---

*Handwritten annotation along left margin:* DENIED, without prejudice to the plaintiff filing a motion for an extension of time to conduct additional discovery and to disclose an additional expert witness. So ordered.

Christopher F. Droney
United States District Judge
03/4/05