UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W. E. ANDREWS CO., INC.          :

v.                               :        NO. 3:02cv599 (CFD)

PLASTICS DEV. INC.               :

### ORDER OF REFERRAL TO SPECIAL MASTER

Pursuant to D. Conn. L. Civ. R. 53, it is hereby ORDERED that the above-captioned case is referred to Special Master Peter Benner (peter@benner-resolutions.com) for the purpose of conducting a settlement conference, which will be held at the offices of Tyler Cooper & Alcorn, 185 Asylum Street, City Place, 35th Floor, Hartford, CT on August 30, 2005, beginning at 9:00 AM.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Master. If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to Judge Droney's Chambers (Penny_Newcomb@ctd.uscourts.gov), with a copy to Special Master Peter Benner (peter@benner-resolutions.com) and all counsel of record.

The Special Master has authority to require attendance and may, if necessary, enlist the assistance of the assigning judge in working with counsel or parties to establish a date. All trial counsel must attend the settlement conference and shall be accompanied by at least one representative of the party authorized to resolve the case (see D. Conn. L. Civ. R. 53(c)).

Counsel for the parties are responsible for providing the Special Master with copies of file materials, as requested or which they believe will assist the Special Master in understanding the facts and issues in the case. The Special Master is free to review file materials available on ECF.

Five calendar days prior to the scheduled mediation conference, counsel for each party will submit to the Special Master a Confidential Mediation Memorandum in accordance with D. Conn. L. Civ. R. 16(h)(4). The Memorandum is not to be filed with the Clerk's Office; however a Notice of Service of the Memorandum indicating service on the Special Master shall be filed with the Clerk's Office at Hartford. As part of the scheduling process, counsel and the Special Master have determined that the Memorandum is to be provided only to the Special Master, and is not to be served on other counsel. No courtesy copy is to be sent to Judge Droney's chambers.

The Memorandum shall not exceed five (5) pages in length and shall include the following information, as well as any other information which counsel believes will assist the Special Master in understanding and handling the case:

    a. The names, addresses, telephone numbers and email addresses of all attorneys who will participate in trial of the case.

    b. The basis for federal jurisdiction.

    c. Whether the case is a jury or bench trial.

    d. Each claim, counterclaim, defense and setoff in the case, the facts in support of each, and the nature of the relief sought.

    e. A description of the legal issues presented by the claims.

    f. Status of discovery and any remaining discovery.

offers.

       h. An estimate of the trial time.

       i. In a personal injury case, the nature of the injuries, all special damages, loss of income, anticipated future expenditures, degree of permanent injuries, lost earnings estimates or appraisals and identification of experts and subject matter of their opinions.

Any communication or information relating to the settlement conference, including Memoranda or any oral or written communications with the Special Master or between and among participants during the settlement conference, shall be deemed confidential and shall not be disclosed by the Special Master, counsel, the parties or any other participants in the settlement conference process, to the assigning judge or to any person who is not a participant in the settlement conference.

The Special Master may not advise the assigning judge of any information regarding the positions of the parties.

At the conclusion of the settlement conference, the Special Master shall submit to the assigning judge a Report [form sent under separate cover] stating whether the case has been resolved, in whole or in part, and any further action that may be required by the Court.

If this matter settles prior to the parties' conference, counsel shall notify the Court and the Special Master immediately.

                             BY ORDER OF THE COURT.
                             KEVIN F. ROWE, CLERK.

                             /s/ D. Johnson
                             Devorah Johnson
                             Courtroom Deputy

**Dated at Hartford, Connecticut: August 10, 2005**