UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W.E Andrews Co Inc
_____
Plaintiff(s),

v.

Plastics Development Inc
_____
Defendant(s).

CASE NO: 3:02 cv 599 (CFD)

FILED

2005 AUG 31 P 3:57

via email

## SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTER

### PRELIMINARY / FINAL
(Please circle one)

1. Date Conference Held: August 30 & 31, 2005

2. Counsel Present For the Plaintiff(s): Jeffrey Widman

   Counsel Present For the Defendant(s): Neal Murphy

3. Parties Present:
   For the Plaintiff(s): Mary Beth Tighe
   For the Defendant(s): Normand Thibaudeau

4. Was Settlement Reached?: (Yes) ___ No
   (Please check one)

5. Is a Follow-Up Conference Recommended?: N/A  Yes ___ No
   (Please check one)

   If so, when should a follow-up conference take place? _____

   When should a final settlement conference report will be filed? _____

6. Any Additional Comments:

   Parties' counsel are preparing settlement agreement and will report to the court.

   x _____
   Special Master Peter Benner

**THE SPECIAL MASTER SHALL COMPLETE AND FILE THIS ORIGINAL REPORT WITH THE CLERK'S OFFICE IN NEW HAVEN IMMEDIATELY FOLLOWING THE CONFERENCE. A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED AS SET FORTH ABOVE.**
THANK YOU.