## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| WE ANDREWS CO., INC. | : | CASE NO. 3:02-CV-00599 CFD |
| a Georgia Corporation | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| PLASTICS DEVELOPMENT, INC. | : | |
| a Rhode Island Corporation, | : | |
| | : | |
| Defendant | : | |
| | : | SEPTEMBER 27, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant, Plastic Development, Inc., respectfully requests that the dismissal date of September 30, 2005 be extended until October 20, 2005. Although the parties have settled the above-captioned case, documents are being secured from parties in four states. Jeffrey Widman, counsel for the plaintiff, W.E. Andrews Co., Inc., joins in this request.

DEFENDANT, PLASTICS
DEVELOPMENT, INC.

BY _____

Attorney Neil F. Murphy, Jr.
Murphy, Laudati & Kiel, P.C.
270 Farmington Avenue, Suite 360
Farmington, CT 06032
860/674-8296/Fed Bar #ct09616

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel of record on this 27th day of September, 2005, as follows:

Jeffrey L. Widman, Esq.
Shaw, Gussis, Fishman, Glantz, Wolfson
& Towbin, LLC
321 N. Clark Street, Ste. 800
Chicago, IL  60610


                                                        _____

                                                        Attorney Neil F. Murphy, Jr.