UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WE ANDREWS CO. INC.                :

    Vs                             :           Case No.3:02CV599(CFD)

PLASTICS DEV. INC.
                                             :

**JUDGMENT**

Counsel of record having reported to the court on August 31, 2005, that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, October 26, 2005.

                                      KEVIN F. ROWE, Clerk

                                    BY:_____
                                        Devorah Johnson
                                        Deputy Clerk

EOD_____