**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA OKUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

FILED
2006 FEB -6  P 12:31

January 27, 2006

John Laudati
Murphy, Laudati & Kiel
The Exchange
Farmington, CT 06032

Re: Case Name: WE Anderews v Plastic Dev.
    Number: 02cv599 (CFD)

Dear Attorney Laudati:

As the above matter has been disposed of in this court: Oct. 26, 2005

Enclosed are the following exhibit(s): Def's exhibit 1-3

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Devorah Johnson
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: Jan 31, 2006