## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED

2006 MAR 22  P 12:31

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

January 27, 2006

Elizabeth Andrews
Tyler, Cooper & Alcorn
205 Church St.
New Haven, CT 06509

      Re: Case Name: WE Anderews v Plastic Dev.
          Number: 02cv599 (CFD)

Dear Attorney Laudati:

As the above matter has been disposed of in this court: Oct. 26, 2005

Enclosed are the following exhibit(s): Plaintiff's exhibit 1-2

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                    Sincerely,

                    Kevin F. Rowe, Clerk

                    BY _____
                        Devorah Johnson
                        Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 3/17/06

Jeff Widman